COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
NATHANIEL COOPER (262098)
(ncooper@cooley.com)
JEANNE DETCH (296160)
(jdetch@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

*Attorneys for Defendants ACADIA Pharmaceuticals Inc., Stephen R. Davis, and Todd S. Young*

[Additional counsel on signature pages]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACADIA PHARMACEUTICALS INC. SECURITIES LITIGATION | Case No. 3:18-cv-01647-AJB-BGS<br><br>**JOINT MOTION FOR ORDER SETTING SCHEDULE FOR FILING AND RESPONDING TO CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Anthony J. Battaglia<br>Court: 4A<br>Date:  None<br>Time:  None |

1  WHEREAS, on July 19, 2018, plaintiff James Staublein filed the first of three
2  related federal securities class action lawsuits against ACADIA Pharmaceuticals Inc.,
3  Stephen R. Davis, and Todd S. Young (collectively, "Defendants") pending before the
4  Court (the "Securities Class Actions") (Dkt. No. 1).

5  WHEREAS, on September 18, 2018, the Court entered an order requiring that
6  the parties meet and confer and submit a schedule for the filing of lead plaintiff's
7  consolidated complaint and Defendants' response thereto within 10 business days after
8  the Court appoints lead plaintiff and lead counsel in the Securities Class Actions
9  (Dkt. No. 21).

10  WHEREAS, on February 26, 2019, the Court entered an order consolidating the
11  Securities Class Actions, appointing Thomas Wood as lead plaintiff ("Lead Plaintiff"),
12  and approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the
13  class (Dkt. No. 41).

14  WHEREAS, Lead Plaintiff anticipates filing a consolidated complaint and
15  Defendants anticipate moving to dismiss the anticipated consolidated complaint.

16  NOW, THEREFORE, having met and conferred, Lead Plaintiff and Defendants
17  have agreed to, and respectively submit for approval by the Court, the following
18  schedule for the filing of and responding to a consolidated complaint ("Joint Motion"):

19  1.  Lead Plaintiff shall file a consolidated complaint (or designate an
20  operative complaint) on or before April 15, 2019;

21  2.  Defendants shall answer or otherwise respond to the consolidated
22  complaint (or designated operative complaint) on or before May 31, 2019—*i.e.*,
23  approximately 45 days after the deadline to file a consolidated complaint (or designate
24  an operative complaint);

25  3.  If Defendants move to dismiss the consolidated complaint (or designated
26  operative complaint), then Lead Plaintiff shall file and serve his opposition (and any
27  related pleadings) on or before July 16, 2019—*i.e.*, approximately 45 days after the
28  motion(s) to dismiss deadline;

4. Defendants shall file and serve their reply in support of their motion(s) to dismiss (and any related pleadings) on or before August 15, 2019—*i.e.*, approximately 30 days after the opposition deadline; and

5. Counsel for the parties shall meet and confer to agree on a hearing date in connection with the motion to dismiss the consolidated complaint, subject to the Court's availability.

Dated: March 7, 2019                            Respectfully submitted,

**POMERANTZ LLP**

s/ *Jennifer Pafiti*

JENNIFER PAFITI (282790)
(jpafiti@pomlaw.com)
468 North Camden Drive
Beverly Hills, CA 90210
Phone: (818) 532-6499

**POMERANTZ LLP**
JEREMY A. LIEBERMAN (*pro hac vice*)
(jalieberman@pomlaw.com)
J. ALEXANDER HOOD II (*pro hac vice*)
(ahood@pomlaw.com)
TAMAR A. WEINRIB (*pro hac pending*)
(taweinrib@pomlaw.com)
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: (212) 661-8665
Fax: (917) 463-1044

*Lead Counsel for the Class and
Lead Plaintiff Thomas Wood*

Dated: March 7, 2019                            **COOLEY LLP**

s/ *Peter M. Adams*

KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
PETER M. ADAMS (243926)
(padams@cooley.com)
NATHANIEL COOPER (262098)
(ncooper@cooley.com)
JEANNE DETCH (296160)
(jdetch@cooley.com)

4401 Eastgate Mall
San Diego, CA 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

*Attorneys for Defendants ACADIA Pharmaceuticals Inc., Stephen R. Davis, and Todd S. Young*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable and I have obtained authorization of all signatories to affix the above-electronic signature(s).

s/ *Peter M. Adams*
Peter M. Adams