UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACADIA PHARMACEUTICALS INC. SECURITIES LITIGATION | Case No.: 18-cv-01647-AJB-BGS<br><br>**ORDER VACATING AUGUST 19, 2020 EARLY NEUTRAL EVALUATION CONFERENCE, CASE MANAGEMENT CONFERENCE, & RELATED DATES**<br><br>**[ECF NO. 75]** |

On July 15, 2020, the parties filed a Joint Motion to Withdraw Notice and Order for Early Neutral Evaluation ("ENE") Conference. (ECF No. 75.) The parties indicate that Plaintiff will file his Second Amended Complaint by July 16, 2020 and that Defendants will subsequently file a Motion to Dismiss the Second Amended Complaint. (*Id.* at 2.) The parties request the Court to withdraw its ENE Order (ECF No. 68) and vacate all associated deadlines, including taking the August 19, 2020 ENE Conference off calendar. (ECF No. 75 at 2.)

The parties' request is based on the mandatory stay of discovery implemented by the Private Securities Litigation Reform Act ("PSLRA"). (*Id.*) The PSLRA requires "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C.

§ 78u-4(b)(3)(B); *See also SG Cowen Sec. Corp. v. U.S. Dist. Court for N. Dist. of CA*, 189 F.3d 909, 911 (9th Cir. 1999).

Even though a Motion to Dismiss has not been filed yet in this case, the Court still finds that the PSLRA's discovery stay provision applies based on Defendants representation that they intend to do so once Plaintiff files his Second Amended Complaint. *In re Firstenergy Corp. Sec. Litig.*, 229 F.R.D. 541, 543–44 (N.D. Ohio 2004) (finding that the PSLRA's discovery stay provision applied despite no pending motion to dismiss, where defendant informed that court of its intent to do so once Plaintiff filed its consolidated complaint). The Court finds that the Early Neutral Evaluation and Case Management Conference, along with all associated deadlines, should not be held until "after the court has sustained the legal sufficiency of the complaint." *See SG Cowen Sec. Corp.*, 189 F.3d at 913 (citing S.Rep. No. 104–98, at 14 (1995)) (indicating that before lifting the stay of discovery, the PSLRA requires the court to first determine whether the complaint has satisfied the PSLRA's heightened pleading standard or if dismissal is appropriate).

Based on the parties' representations, the Joint Motion (ECF No. 75) is **GRANTED**. The August 19, 2020 Early Neutral Evaluation and Case Management Conference, and all associated dates and deadlines, are **VACATED**. The parties are to **JOINTLY** contact the chambers of Judge Skomal at (619) 557-2993 to reschedule the Early Neutral Evaluation and Case Management Conference within three (3) court days of Judge Battaglia's issuance of an order on Defendants' forthcoming Motion to Dismiss Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 16, 2020

Hon. Bernard G. Skomal
United States Magistrate Judge