

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

V.

Acadia Pharmaceuticals Inc.; Stephen R.
Davis; Todd S. Young; Srdjan Stankovic;
Terrance Moore; Michael Yang

**Defendant.**

Civil Action No. ___18cv1647-AJB-BGS___

# JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendants' motion to dismiss. (Doc. No. 107.) Moreover, because Plaintiff's complaint remains deficient despite ample time and opportunity to amend, the Court DISMISSES the TAC WITHOUT LEAVE TO AMEND. Case is closed.

**Date:** _____1/3/22_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ T. Hernandez
_____

T. Hernandez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  18cv1647-AJB-BGS

Plaintiffs: James Staublein, Individually and On Behalf of All Others Similarly Situated; Charles R. Stone, II, Individually and on Behalf of All Others Similarly Situated; Benjamin Barglow, Individually and on Behalf of All Others Similarly Situated; Thomas Wood, Individually and On Behalf of All Others Similarly Situated